Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 JUN 12 PM 12:19
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: CP  DEPUTY

MARIO ABELA-McCANN, an individual,

vs

UNITED STATES OF AMERICA, a Federal Government Entity, OFFICER R.T. WARD, JR., an individual, and DOES 1-50, inclusive,

Defendants

SUMMONS IN A CIVIL ACTION

Case No. '08 CV 1047 H AJB

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Donald A. Green, Doan Law Firm, LLP
2850 Pio Pico Dr., Suite D
Carlsbad, CA 92008
(760) 450-3333

An answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

JUN 12 2008
DATE

By C. PUHLMANN, Deputy Clerk

Summons in a Civil Action                                                                 Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)