1  KAREN P. HEWITT
   United States Attorney
2  DAVID B. WALLACE
   Assistant U.S. Attorney
3  California State Bar No.  172193
   U.S. Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Email: Dave.Wallace@usdoj.gov
   Telephone: (619) 557-5049
6
   Attorneys for the Defendant
7  United States of America

8
                    UNITED STATES DISTRICT COURT
9
                  SOUTHERN DISTRICT OF CALIFORNIA
10
11 MARIO ABELA-MCCANN, an individual,)      Case No. 08cv1047H (AJB)
                                     )
12            Plaintiff,             )      ANSWER TO COMPLAINT BY THE
                                     )      UNITED STATES OF AMERICA
13      v.                           )
                                     )
14 UNITED STATES OF AMERICA ,        )
   a Federal Government Entity,      )
15                                   )
              Defendant.             )
16 _____  )

17     COMES NOW the Defendant, by and through its counsel, Karen P. Hewitt, United States

18 Attorney, and David B. Wallace, Assistant United States Attorney, and in answer to Plaintiff's

19 Complaint, set forth the following:

20     1.     Answering Paragraph 1 of the complaint, defendant affirmatively alleges that said

21 paragraph contains jurisdictional allegations which present legal conclusions and questions of law to

22 be determined solely by the court, to which no answer is required.  To the extent an answer is required,

23 each, all and every allegation contained in said paragraph is denied.

24     2.     Answering Paragraph 2 of the complaint, defendant affirmatively alleges that said

25 paragraph contains jurisdictional allegations which present legal conclusions and questions of law to

26 be determined solely by the court, to which no answer is required.  To the extent an answer is required,

27 each, all and every allegation contained in said paragraph is denied.

28     3.     Answering Paragraph 3 of the complaint, defendant affirmatively alleges that said

   paragraph contains venue allegations which present legal conclusions and questions of law to be

1    determined solely by the court, to which no answer is required.  To the extent an answer is required,

2    each, all and every allegation contained in said paragraph is denied.

3        4.    Answering Paragraph 4 of the complaint, defendant alleges that no answer is required

4    to said paragraph inasmuch as there are no charging allegations directed to this answering defendant.

5    To the extent an answer is required, defendant denies said allegations.

6        5.    Answering Paragraph 5 of the complaint, defendant alleges that no answer is required

7    to said paragraph inasmuch as there are no charging allegations directed to this answering defendant.

8    To the extent an answer is required, defendant denies said allegations.

9        6.    Answering Paragraph 6 of the complaint, defendant alleges that the allegations contained

10   therein are legal conclusions solely within the purview of the court and for its determination, and no

11   answer is therefore required.  To the extent an answer is required, said allegations are denied.

12       7.    Answering Paragraph 7 of the complaint, defendant denies, generally and specifically,

13   each, all and every allegation contained therein.

14       8.    Answering Paragraph 8 of the complaint, defendant alleges that the allegations contained

15   therein are legal conclusions solely within the purview of the court and for its determination, and no

16   answer is therefore required.  To the extent an answer is required, said allegations are denied.

17       9.    Answering Paragraph 9 of the complaint, defendant alleges that it is without knowledge

18   or information sufficient to form a belief as to the truth of the allegations therein contained, and based

19   thereon, denies generally and specifically each, all and every allegation contained therein.

20       10.    Answering Paragraph 10 of the complaint, defendant alleges that the allegations

21   contained therein are legal conclusions solely within the purview of the court and for its determination,

22   and no answer is therefore required.  To the extent an answer is required, said allegations are denied.

23       11.    Answering Paragraph 11 of the complaint, defendant alleges that it is without knowledge

24   or information sufficient to form a belief as to the truth of the allegations therein contained, and based

25   thereon, denies generally and specifically each, all and every allegation contained therein.

26       12.    Answering Paragraph 12 of the complaint, defendant alleges that it is without knowledge

27   or information sufficient to form a belief as to the truth of the allegations therein contained, and based

28   thereon, denies generally and specifically each, all and every allegation contained therein.

13.    Answering Paragraph 13 of the complaint, defendant alleges that no answer is required to said paragraph inasmuch as there are no charging allegations directed to this answering defendant. To the extent an answer is required, defendant denies said allegations.

14.    Answering Paragraph 14 of the complaint, defendant alleges that no answer is required to said paragraph inasmuch as there are no charging allegations directed to this answering defendant. To the extent an answer is required, defendant denies said allegations.

15.    Answering Paragraph 15 of the complaint, defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations therein contained, and based thereon, denies generally and specifically each, all and every allegation contained therein.

16.    Answering Paragraph 16 of the complaint, defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations therein contained, and based thereon, denies generally and specifically each, all and every allegation contained therein.

17.    Answering Paragraph 17 of the complaint, defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations therein contained, and based thereon, denies generally and specifically each, all and every allegation contained therein.

18.    Answering Paragraph 18 of the complaint, defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations therein contained, and based thereon, denies generally and specifically each, all and every allegation contained therein.

19.    Answering Paragraph 19 of the complaint, defendant denies, generally and specifically, each, all and every allegation contained therein.

20.    Answering Paragraph 20 of the complaint, defendant denies, generally and specifically, each, all and every allegation contained therein.

21.    Answering Paragraph 21 of the complaint, defendant denies, generally and specifically, each, all and every allegation contained therein.

22.    Answering Paragraph 22 of the complaint, defendant denies, generally and specifically, each, all and every allegation contained therein.

08cv1047

23.     Answering Paragraph 23 of the complaint, defendant realleges Paragraphs 1 to 22 of its answers to Paragraphs 1 to 22 of plaintiff's compliant, and by this reference incorporates them herein as though set forth in full.

24.     Answering Paragraph 24 of the complaint, defendant denies, generally and specifically, each, all and every allegation contained therein.

25.     Answering Paragraph 25 of the complaint, defendant denies, generally and specifically, each, all and every allegation contained therein.

26.     Answering Paragraph 26 of the complaint, defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations therein contained, and based thereon, denies generally and specifically each, all and every allegation contained therein.

27.     Answering Paragraph 27 of the complaint, defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations therein contained, and based thereon, denies generally and specifically each, all and every allegation contained therein.

28.     Answering Paragraph 28 of the complaint, defendant realleges Paragraphs 1 to 27 of its answers to Paragraphs 1 to 27 of plaintiff's compliant, and by this reference incorporates them herein as though set forth in full.

29.     Answering Paragraph 29 of the complaint, defendant denies, generally and specifically, each, all and every allegation contained therein.

30.     Answering Paragraph 30 of the complaint, defendant denies, generally and specifically, each, all and every allegation contained therein.

31.     Answering Paragraph 31 of the complaint, defendant denies, generally and specifically, each, all and every allegation contained therein.

32.     Answering Paragraph 32 of the complaint, defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations therein contained, and based thereon, denies generally and specifically each, all and every allegation contained therein.

33.     Answering Paragraph 33 of the complaint, defendant realleges Paragraphs 1 to 32 of its answers to Paragraphs 1 to 32 of plaintiff's compliant, and by this reference incorporates them herein as though set forth in full.

08cv1047

34.    Answering Paragraph 34 of the complaint, defendant denies, generally and specifically, each, all and every allegation contained therein.

35.    Answering Paragraph 35 of the complaint, defendant denies, generally and specifically, each, all and every allegation contained therein.

36.    Answering Paragraph 36 of the complaint, defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations therein contained, and based thereon, denies generally and specifically each, all and every allegation contained therein.

37.    Answering Paragraph 37 of the complaint, defendant realleges Paragraphs 1 to 36 of its answers to Paragraphs 1 to 36 of plaintiff's compliant, and by this reference incorporates them herein as though set forth in full.

38.    Answering Paragraph 38 of the complaint, defendant denies, generally and specifically, each, all and every allegation contained therein.

39.    Answering Paragraph 39 of the complaint, defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations therein contained, and based thereon, denies generally and specifically each, all and every allegation contained therein.

40.    Answering Paragraph 40 of the complaint, defendant realleges Paragraphs 1 to 39 of its answers to Paragraphs 1 to 39 of plaintiff's compliant, and by this reference incorporates them herein as though set forth in full.

41.    Answering Paragraph 41 of the complaint, defendant denies, generally and specifically, each, all and every allegation contained therein.

42.    Answering Paragraph 42 of the complaint, defendant denies, generally and specifically, each, all and every allegation contained therein.

43.    Answering Paragraph 43 of the complaint, defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations therein contained, and based thereon, denies generally and specifically each, all and every allegation contained therein.

44.    Answering Paragraph 44 of the complaint, defendant realleges Paragraphs 1 to 43 of its answers to Paragraphs 1 to 43 of plaintiff's compliant, and by this reference incorporates them herein as though set forth in full.

45.    Answering Paragraph 45 of the complaint, defendant denies, generally and specifically, each, all and every allegation contained therein.

46.    Answering Paragraph 46 of the complaint, defendant denies, generally and specifically, each, all and every allegation contained therein.

47.    Answering Paragraph 47 of the complaint, defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations therein contained, and based thereon, denies generally and specifically each, all and every allegation contained therein.

48.    Answering Paragraph 48 of the complaint, defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations therein contained, and based thereon, denies generally and specifically each, all and every allegation contained therein.

49.    Answering Paragraph 49 of the complaint, defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations therein contained, and based thereon, denies generally and specifically each, all and every allegation contained therein.

50.    Answering Paragraph 50 of the complaint, defendant alleges that the allegations contained therein are legal conclusions solely within the purview of the court and for its determination, and no answer is therefore required.  To the extent an answer is required, said allegations are denied.

51.    Answering Paragraph 51 of the complaint, defendant denies, generally and specifically, each, all and every allegation contained therein.

52.    Answering Paragraph 52 of the complaint, defendant denies, generally and specifically, each, all and every allegation contained therein.

53.    Answering Paragraph 53 of the complaint, defendant denies, generally and specifically, each, all and every allegation contained therein.

54.    Answering Paragraph 54 of the complaint, defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations therein contained, and based thereon, denies generally and specifically each, all and every allegation contained therein.

55.    Answering Paragraph 55 of the complaint, defendant realleges Paragraphs 1 to 54 of its answers to Paragraphs 1 to 54 of plaintiff's compliant, and by this reference incorporates them herein as though set forth in full.

1    56.    Answering Paragraph 56 of the complaint, defendant denies, generally and specifically,

2  each, all and every allegation contained therein.

3    57.    Answering Paragraph 57 of the complaint, defendant denies, generally and specifically,

4  each, all and every allegation contained therein.

5    58.    Answering Paragraph 58 of the complaint, defendant alleges that it is without knowledge

6  or information sufficient to form a belief as to the truth of the allegations therein contained, and based

7  thereon, denies generally and specifically each, all and every allegation contained therein.

8                          AFFIRMATIVE AND OTHER DEFENSES

9    All allegations not here before specifically admitted, denied, or modified, are hereby denied.

10  For further and separate answer, Defendant alleges as follows:

11                                  FIRST DEFENSE

12    The Court lacks jurisdiction over the subject matter of this action.

13                                  SECOND DEFENSE

14    The complaint fails to state a claim against defendant upon which relief can be granted.

15                                  THIRD DEFENSE

16    The complaint fails to state a claim upon which relief can be granted to the plaintiffs against the

17  defendant under the Federal Tort Claims Act (28 U.S.C. §§ 1346(b), 2671-2680), as averred in the

18  complaint or otherwise, for the reason that if the defendant were a private person, it would not be liable

19  to the plaintiffs in accordance with the law of the State of California.

20                                  FOURTH DEFENSE

21    The plaintiffs are limited to recovery, if any, of the amount claimed administratively in

22  accordance with 28 U.S.C. § 2675(b).

23                                  FIFTH DEFENSE

24    Plaintiff's request for trial by jury is improper and barred by statute.  [28 U.S.C. § 2402.]

25                                  SIXTH DEFENSE

26    Plaintiff is not entitled to attorneys fees or pre-judgment interest under the facts of this case.

27  [28 U.S.C. § 2674]

28

SEVENTH DEFENSE

Defendant is entitled to an offset against damages, if any, for all monies paid to plaintiff by the United States as a result of plaintiff's injuries.

EIGHTH DEFENSE

All future damages, if any, must be reduced to present value.

NINTH DEFENSE

Income taxes must be deducted from all alleged past and future lost earnings, if any.

TENTH DEFENSE

Proposition 51, California Civil Code § 1431.2, et seq. provides that "each defendant shall be liable only for the amount of non-economic damages allocated to the defendant in direct proportion to that defendant's percentage of fault. . . ."  It further provides for apportionment of non-economic damages at the trial level.  The United States, therefore, has no potential exposure to cross-complainants for any non-economic damages paid or settled by them in the underlying tort action, nor for any related expenses, costs or fees.

ELEVENTH DEFENSE

Cal. Civ. Code, §3333.4 bars certain damages, including non-pecuniary damages, under the facts of this case.

TWELFTH DEFENSE

The injuries and damages alleged by plaintiff were not proximately caused by a negligent or wrongful act or omission on the part of any  employee, agent or officer of the United States of America.

THIRTEENTH DEFENSE

Federal Agents, involved in this matter, acted in a justified manner and with reasonable force.

FOURTEENTH DEFENSE

Plaintiff's claims are barred or diminished as a result of his failure to exercise reasonable care in mitigating his damages.

08cv1047

FIFTEENTH DEFENSE

To the extent that they are sued in their individual capacity, all federal agents are entitled to qualified immunity from suit because they violated no clearly established constitutional or statutory right of plaintiff.

SIXTEENTH DEFENSE

Federal Agents' actions were privileged under federal and state law.

SEVENTEENTH DEFENSE

Federal Agents used only reasonable force and the force used was reasonably necessary under circumstances with which they were confronted.

EIGHTEENTH DEFENSE

Plaintiff had knowledge of and voluntarily assumed the risk of all that transpired. Plaintiff's injuries, if any, arose out of such risk.

NINETEENTH DEFENSE

Defendant was exercising due care while discharging a privileged law enforcement activity which he had no duty or authority to cease performing.

WHEREFORE, defendant prays that plaintiff take nothing by reason of his suit herein, that judgment be rendered in favor of said defendant, for costs of suit herein incurred, and for such other and further relief as this court may deem proper.


DATED: September 4, 2008.                Respectfully submitted,

                                         KAREN P. HEWITT
                                         United States Attorney

                                         *s/David B. Wallace*
                                         DAVID B. WALLACE
                                         Assistant U.S. Attorney
                                         Email: Dave.Wallace@usdoj.gov

                                         Counsel for Defendant
                                         United States of America

9

1

2                            UNITED STATES DISTRICT COURT

3                           SOUTHERN DISTRICT OF CALIFORNIA

4    MARIO ABELA-MCCANN, an individual,)        Case No. 08cv1047-H-AJB
                                        )
5                   Plaintiff,          )        CERTIFICATE OF SERVICE
                                        )
6         v.                            )
                                        )
7    UNITED STATES OF AMERICA ,         )
     a Federal Government Entity,       )
8                   Defendant.          )
                                        )
9    _____

10        I, David B. Wallace, am a citizen of the United States and am at least eighteen years of age.

11   My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

12        I am not a party to the above-entitled action.  I have caused service of **Answer to Complaint**

13   on the following parties by electronically filing the foregoing with the Clerk of the District Court using

14   its ECF System, which electronically notifies them.

15   Donald A. Green, Esq.
     Doan Law Firm, LLP
16   Attorneys at Law
     2850 Pio Pico Drive
17   Suite D
     Carlsbad, California 92008
18
          I declare under penalty of perjury that the foregoing is true and correct.
19
          Executed on September 4, 2008.
20

21

22
                                        s/*David B. Wallace*_____
23                                      DAVID B. WALLACE

24

25

26

27

28

                                        10                              08cv1047