cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARIO ABELA-MCCANN, an Individual, | ) | Civil No.08cv1047 H (AJB) |
| Plaintiff, | ) | |
| v. | ) | ORDER SETTING CASE |
| | ) | MANAGEMENT CONFERENCE |
| UNITED STATES OF AMERICA, A Federal Government Entity; R.T. WARD, JR., an Officer and Individual and DOES 1 - 50, inclusive, | ) ) ) ) | |
| Defendants. | ) ) | |

The Court finds this case in appropriate for an Early Neutral Evaluation Conference pursuant to Civil Local Rule 16.1. Therefore, a telephonic Case Management Conference shall be held on ***October 15, 2008*** at ***9:00 a.m.***, in the chambers of the *Honorable Anthony J. Battaglia*, United States Magistrate Judge, First Floor, United States Courthouse, 940 Front Street, San Diego, California. Counsel for plaintiff shall initiate the conference call. The purpose of the conference is to set a timetable and schedule for future proceedings and discovery and to explore possibilities for early settlement.

Each responsible attorney of record and all parties representing themselves shall participate in the conference. Represented parties need not participate. Counsel for plaintiff shall notify all parties of this conference who have made an appearance after the date of this Order.

IT IS SO ORDERED.

DATED: September 8, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court